# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ARROYO, JR.,

      Plaintiff,

    v.

ARCP UO PORTFOLIO II, LP,
ARCP GP UO PORTFOLIO II, LLC,
and RAPID GAS, INC.,

      Defendants.

Case No.: CV 19-03134-CJC(JCx)

JUDGMENT

    Plaintiff Rafael Arroyo, Jr. has accepted Defendants ARCP UO Portfolio II, LP, ARCP GP UO Portfolio II, LLC, and Rapid Gas, Inc.'s Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a). (Dkt. 47-2.) Under this provision, if an offer of judgment is accepted "either party may then file the offer and notice of acceptance, plus proof of service" and "[t]he clerk must then enter judgment." Fed. R. Civ. P. 68(a).

//

Having received notice of the offer and acceptance, the Court hereby **ORDERS** that:

1. Judgment is entered in favor of Plaintiff and against Defendants consistent with the terms of the Offer of Judgment. (Dkt. 47-2.)
2. The Court will retain jurisdiction to enforce this Judgment.

DATED: March 24, 2020

                                                CORMAC J. CARNEY

                                          UNITED STATES DISTRICT JUDGE